AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Telephone: (775) 687-2132
Facsimile: (775) 688-1822
cvandenberg@ag.nv.gov

*Attorneys for Defendant State of Nevada ex rel.
its Department of Health & Human Services,
Division of Public and Behavioral Health*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE C. LEWIS,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *ex rel.* its DEPARTMENT OF HEALTH & HUMAN SERVICES, DIVISION OF PUBLIC AND BEHAVIORAL HEALTH,<br><br>     Defendant. | Case No.   3:25-cv-00305-MMD-CLB<br><br>**ORDER GRANTING<br>STIPULATION TO EXTEND<br>DEADLINE TO FILE<br>RESPONSE TO COMPLAINT**<br>**(First Request)** |

Plaintiff, NICOLE C. LEWIS, and Defendants, STATE OF NEVADA, DEPARTMENT OF HEALTH & HUMAN SERVICES, DIVISION OF PUBLIC AND BEHAVIORAL HEALTH ("Defendant"), by and through their respective counsel, hereby stipulate to and respectfully request that the Court extend the deadline to file Defendant's Answer by thirty (30) days to August 13, 2025.

Plaintiff filed her Complaint on June 18, 2025, and served the summons and complaint on Defendant and the Attorney General on June 23, 2025. Defendan's Answer to Plaintiff's complaint is due today, July 14, 2025. This request for extension is based on the fact that Defendant's counsel is covering two vacant positions in the Office of the Attorney General in addition to her own. More time is greatly needed to complete Defendant's Answer.

. . . .

This is the first good faith request for an extension of this deadline and is not made for purposes of undue delay.

APPROVED AS TO FORM AND CONTENT this 14th day of July, 2025.

        AARON D. FORD
        Attorney General

By:   */s/ Cameron P. Vandenberg*
       CAMERON P. VANDENBERG
       Chief Deputy Attorney General

*Attorneys for Defendant*

BY:   */s/ Mark Mausert*
       MARK MAUSERT, ESQ.
       Nevada Bar No. 2398
       SEAN MCDOWELL
       Nevada Bar No. 15962

*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

DATED: July 15, 2025

UNITED STATES MAGISTRATE JUDGE