AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Telephone: (775) 687-2132
Facsimile: (775) 688-1822
cvandenberg@ag.nv.gov

*Attorneys for Defendant State of Nevada ex rel.*
*its Department of Health & Human Services,*
*Division of Public and Behavioral Health*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLE C. LEWIS, | Case No.   3:25-cv-00305-MMD-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT** |
| vs. | **(Second Request)** |
| STATE OF NEVADA, *ex rel.* its DEPARTMENT OF HEALTH & HUMAN SERVICES, DIVISION OF PUBLIC AND BEHAVIORAL HEALTH, | |
| Defendant. | |

Plaintiff, NICOLE C. LEWIS, and Defendants, STATE OF NEVADA, DEPARTMENT OF HEALTH & HUMAN SERVICES, DIVISION OF PUBLIC AND BEHAVIORAL HEALTH ("Defendant"), by and through their respective counsel, hereby stipulate to and respectfully request that the Court extend the deadline to file Defendant's Answer by sixteen (16) days to Friday, August 29, 2025.

Per the Court's July 15, 2025, Order (ECF No. 10), Defendant's Answer or Response to Plaintiff's complaint is due August 13, 2025.  This request for extension is based on the fact that Defendant's counsel is covering two vacant positions in the Office of the Attorney General in addition to her own. More time is greatly needed to complete Defendant's Response.

. . . .

This is the second good faith request for an extension of this deadline and is not made for purposes of undue delay.

APPROVED AS TO FORM AND CONTENT this 12th day of August, 2025.

        AARON D. FORD
        Attorney General

By:   */s/ Cameron P. Vandenberg*
       CAMERON P. VANDENBERG
       Chief Deputy Attorney General

*Attorneys for Defendant*

BY:   */s/ Mark Mausert*
       MARK MAUSERT, ESQ.
       Nevada Bar No. 2398
       SEAN MCDOWELL
       Nevada Bar No. 15962

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED: August 13, 2025

_____
UNITED STATES MAGISTRATE JUDGE