UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICOLE LEWIS, | Case No. 3:25-CV-00305-MMD-CLB |
| Plaintiff, | **ORDER TO SUBSTITUTE** |
| v. | [ECF No. 18] |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Plaintiff's counsel entered a suggestion of death on the record as to the sole Plaintiff Nicole Lewis. (ECF No. 18). Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Therefore, if a motion for substitution by the decedent's successor or representative is not filed on or before **Friday, December 26, 2025**, the case must be dismissed.

**IT IS SO ORDERED.**

**DATED**:   September 25, 2025  .

_____
UNITED STATES MAGISTRATE JUDGE