# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

NICOLE LEWIS,

                Plaintiff,

v.

STATE OF NEVADA, *et al.*,

                Defendants.

Case No. 3:25-CV-00305-MMD-CLB

**REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE[1]**

Plaintiff Nicole Lewis ("Lewis") initiated this suit on June 17, 2025. (ECF No. 1.) On September 24, 2025, Lewis's counsel filed a suggestion of death indicating Lewis had passed away. (ECF No. 18.) The following day the Court entered an order directing Lewis's counsel to file a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1) on or before December 26, 2025. (ECF No. 19.) On December 31, 2025, with no motion for substitution having been filed, the Court entered another order granting Lewis's counsel a *sua sponte* extension to file the motion on or before January 16, 2026. (ECF No. 22.) The Court specifically advised Lewis's counsel that if he failed to file a motion for substitution by that date the Court would recommend this case be dismissed with prejudice. (*Id.*) To date, no motion for substitution has been filed.

Federal Rule of Civil Procedure 25(a)(1) provides that if a motion for substitution is not filed within the appropriate timeframe "the action by or against the decedent must be dismissed." Accordingly, the Court recommends this case be dismissed with prejudice because no motion for substitution was filed as required by Rule 25(a)(1) and as ordered by the Court.

The parties are advised:

1.     Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this Report and

---

[1]     This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.

Recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2.    This Report and Recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

I.    **RECOMMENDATION**

**IT IS THEREFORE RECOMMENDED** that this case be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER RECOMMENDED** that the Clerk of Court **ENTER JUDGMENT** and **CLOSE** this case.

**DATED**: January 22, 2026 .

**UNITED STATES MAGISTRATE JUDGE**

2