UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NICOLE LEWIS,<br><br>                          Plaintiff,<br>       v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                          Defendant. | Case No. 3:25-cv-00305-MMD-CLB<br><br>ORDER |

Plaintiff Nicole Lewis initiated this lawsuit in July of 2025. (ECF No. 1 ("Complaint").) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending the case be dismissed with prejudice. (ECF No. 23.) The parties had until February 5, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). As Judge Baldwin recounts in the R&R, Plaintiff failed to comply with the Court's order directing Plaintiff to file a motion for substitution, despite the Court's warning that failure to do so would result in dismissal. (ECF No. 23 (citing ECF No. 22).) The Court agrees with Judge Baldwin that the case should be dismissed and closed.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 23) is accepted and adopted in full.

It is further ordered that this case is dismissed with prejudice.

The Clerk of Court is kindly directed to enter judgment accordingly and close this case.

DATED THIS 11th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE